UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRUDER, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>CRISP MARKETING, LLC;<br>Boomsourcing, LLC d/b/a Boom.ai,<br><br>                                    Defendants. | Case No.:  3:20-cv-00796-BEN-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 25] |

Before the Court is Plaintiff Robert Gruder and Defendant Crisp Marketing, LLC's Joint Motion to Dismiss Defendant Crip Marketing, LLC with Prejudice.  ECF No. 25.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** the Joint Motion.  Plaintiff's claims against Defendant Crisp Marketing, LLC are dismissed with prejudice.  Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  January 11, 2021

_____
Hon. Roger T. Benitez
United States District Judge